**No. 44107.**—Protest 800636–G/10559 of Geo. Wm. Rueff, Inc. (New Orleans).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44108.**—Protest 916423–G(A)/11094 of W. T. Grant Co. (New Orleans).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

BEFORE THE THIRD DIVISION, JULY 16, 1940

**No. 44109.**—Protests 32049–K, etc., of Georges Mouracade & Fils (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Sahadi* (23 C. C. P. A. 293, T. D. 48165) the apricot paste or pulp in question was held dutiable at 35 percent under paragraph 735 as claimed, and green olives in brine at 20 cents per gallon under paragraph 744 following *Skourtsis* v. *United States* (T. D. 48218).

**No. 44110.**—Protests 937498–G, etc., of F. L. Lewi & Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel it was held that the proper dutiable weights are as set forth therein. The protests were sustained accordingly.

**No. 44111.**—Protest 697690–G of E. E. Schenck & Co. (Seattle).

Opinion by EVANS, J. At the hearing the protest was dismissed by consent of counsel.

**No. 44112.**—Protest 811791–G/10630 of A. M. & J. Solari, Ltd. et al. (New Orleans).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44113.**—Protest 14024–K of Enbun Co. (Los Angeles).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.